IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER GERARD McCREE,  )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:17cv650-MHT
                            )            (WO)
J. CRABTREE, et al.,        )
                            )
     Defendants.            )
```

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting claims of malicious prosecution and race discrimination in connection with the revocation of his parole. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of April, 2018.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**